USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CARR,

Plaintiff,

-against-

SISTERS OF CHARITY OF SAINT VINCENT DE PAUL OF NEW YORK, d/b/a SISTERS OF CHARITY OF NEW YORK, KEVIN VAN TASSELL, SHARON DOSIN, and ANNE HENNELLY,

Defendants.

1:25-cv-5413-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Defendants informing the Court that the case has been resolved in principle. [ECF No. 30]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by December 21, 2026. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: October 23, 2026**
**New York, New York**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge